**Locke Lord LLP**
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

1  LOCKE LORD LLP
   Mitchell J. Popham (SBN: 126194)
2  mpopham@lockelord.com
   Lilian M. Khanjian (SBN: 259015)
3  lkhanjian@lockelord.com
   300 South Grand Avenue, Suite 2600
4  Los Angeles, CA 90071
   Telephone:  213-485-1500
5  Fax:        213-485-1200
6
7  Attorneys for Defendant
   LSG SKY CHEFS
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER HALL, an individual, | CASE NO. CV 13-03183 EMC |
| Plaintiff, | Honorable Edward M. Chen |
| vs. | **[PROPOSED] ORDER GRANTING JOINT STIPULATION OF PARTIES TO CONTINUE CASE MANAGEMENT CONFERENCE DUE TO SETTLEMENT** |
| LSG SKY CHEFS, Does 1 to 25 Inclusive, | |
| Defendant. | |

Having considered the Joint Stipulation of Defendant LSG Sky Chefs ("Sky Chefs") and Plaintiff Peter Hall ("Hall") (collectively "Parties") to continue the Case Management Conference ("CMC"), and for good cause, it is so ordered that:

The Case Management Conference currently set for January 23, 2014 be rescheduled for ~~March 4, 2014 [or _____]~~.  March 6, 2014 at 9:00 a.m.

IT IS SO ORDERED.

Dated: 1/21/14 _____

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE CMC
*Peter Hall v. LSG Sky Chefs*