LOCKE LORD LLP
Mitchell J. Popham (SBN: 126194)
mpopham@lockelord.com
Lilian M. Khanjian (SBN: 259015)
lkhanjian@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071
Telephone:    213-485-1500
Fax:              213-485-1200

Attorneys for Defendant
LSG SKY CHEFS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER HALL, an individual, | CASE NO. CV 13-03183 EMC |
| Plaintiff, | Honorable Edward M. Chen |
| vs. | **[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| LSG SKY CHEFS, Does 1 to 25 Inclusive, | |
| Defendant. | [Filed concurrently with:  Stipulation for Dismissal] |

This action is herewith dismissed with prejudice by way of the stipulation of the parties submitted pursuant to Federal Rules of Civil Procedure Rule 41 (a) (1).

**IT IS SO ORDERED.**

Dated: 2/14/14  _____

_____
Hon.

*GRANTED*
Judge Edward M. Chen
(Seal: United States District Court, Northern District of California)

1

[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE
*Peter Hall v. LSG Sky Chefs,* Case No.: CV13-03183 EMC